tered on September 11, 1979; judgment, Court of Claims, entered on September 19, 1979, unanimously affirmed. Respondents shall recover of appellant one bill of $75 costs and disbursements of these appeals. The motion to dismiss the appeal from the order entered on July 18, 1980 is denied as moot, without costs and without disbursements. No opinion. Concur — Kupferman, J.P., Birns, Sandler, Silverman and Fein, JJ. ·

■ MARTIN R. FINE, Appellant, v JENSEN ASSOCIATES et al., Respondents. — Appeal from order, Supreme Court, New York County, entered on May 16, 1980, unanimously dismissed as moot. Were we to have reached the merits we would have affirmed. Respondents shall recover of appellant $50 costs and disbursements of this appeal. No opinion. Concur — Birns, J.P., Ross, Lupiano, Silverman and Bloom, JJ.

(Republished)

■ BRATEN APPAREL CORPORATION, Appellant, v BANKERS TRUST COMPANY, Respondent and Third-Party Plaintiff-Appellant. CLARENCE RAINESS & Co. et al., Third-Party Defendants-Respondents. — Two judgments, Supreme Court, New York County, entered on January 31, 1980, unanimously affirmed. Defendant-respondent shall recover of plaintiff-appellant, one bill of $75 costs and disbursements of this appeal. The appeals from the order; Supreme Court, New York County, entered on January 23, 1980, and from the resettled order of said court, entered on January 24, 1980, are dismissed as subsumed in the judgments, without costs and without disbursements. The cross appeals are dismissed as academic, without costs and without disbursements. The order of this court entered on February 26, 1981 [80 AD2d 540] is vacated. No opinion. Concur — Murphy, P.J., Sullivan, Markewich, Lupiano and Bloom, JJ.

# (March 17, 1981)

■ LANE PEDERSON, Appellant, v STELLA PEDERSON, Respondent. — Order, Supreme Court, New York County, entered on October 9, 1980, unanimously affirmed, without costs and without disbursements. Application to enlarge record denied without prejudice to an application to Special Term, without costs. No opinion. Concur — Murphy, P.J., Sandler, Sullivan, Markewich and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER NICKENS, Appellant. — Judgment, Supreme Court, New York County, rendered on September 26, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P.J., Kupferman, Birns, Carro and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK NICKENS, Appellant. — Judgment, Supreme Court, New York County, rendered on September 26, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P.J., Kupferman, Birns, Carro and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON ARZON, Appellant. — Judgment, Supreme Court, New York County, rendered July